AO 257 (Rev. 6/78)

| **DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT** |
|---|

BY: ☐ COMPLAINT   ☐ INFORMATION   ☑ INDICTMENT   ☐ SUPERSEDING

**OFFENSE CHARGED**
18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm and Ammunition

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

**PENALTY:**
Imprisonment: 10 years maximum
Fine: $250,000 maximum
Supervised Release: 3 years maximum
Special Assessment: $100

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DISTRICT

E-filing  FILED  MAY 19 2011
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**DEFENDANT**
KAMAISHAY N. CARTER

**DISTRICT COURT NUMBER**
CR11-00325 SBA

---

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)
Bureau of Alcohol, Tobacco, Firearms, and Explosives

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. ATTORNEY   ☐ DEFENSE
  SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
  MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form: MELINDA HAAG
☑ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned): JENNIFER GASPAR, SAUSA

---

**DEFENDANT**

**IS *NOT* IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☑ On this charge
5) ☐ On another conviction   } ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
   If answer to (6) is "Yes", show name of institution

Has detainer been filed?   ☐ Yes  ☐ No   } If "Yes" give date filed
**DATE OF ARREST** ▶ 4/11/2011   Month/Day/Year
Or... if Arresting Agency & Warrant were not
**DATE TRANSFERRED TO U.S. CUSTODY** ▶   Month/Day/Year

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

**PROCESS:**
☐ SUMMONS   ☐ NO PROCESS*   ☑ WARRANT   Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance

Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____   Before Judge: _____

Comments:

# United States District Court

**FOR THE**
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: Oakland

FILED
MAY 19 2011
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES OF AMERICA,

v.

KAMAISHAY N. CARTER,
   a/k/a "Maraco Askari Jones,"
   a/k/a "Kamaishay Lamont Carter,"
   a/k/a "Kamatshay Carter,"
   a/k/a "Maraco Carter,"
   a/k/a "Maraco Iscari Jones,"

DEFENDANT.

CR11-00325

## INDICTMENT

18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm and Ammunition; 18 U.S.C. § 924(d)(1) – Forfeiture of Firearms and Ammunition

---

A true bill.

_____ Foreman

Filed in open court this 19 day of May 2011

_____ Clerk

5/19/11

Bail, $ No bail warrant

MELINDA HAAG (CABN 132612)
United States Attorney

FILED

MAY 19 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

SBA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

CR11-00325

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. |
| Plaintiff, | VIOLATION: 18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm and Ammunition; 18 U.S.C. § 924(d)(1) – Forfeiture of Firearms and Ammunition |
| v. | |
| KAMAISHAY N. CARTER, a/k/a "Maraco Askari Jones," a/k/a "Kamaishay Lamont Carter," a/k/a "Kamatshay Carter," a/k/a "Maraco Carter," a/k/a "Maraco Iscari Jones," | OAKLAND VENUE |
| Defendant. | |

INDICTMENT

The Grand Jury charges:

COUNT ONE: (18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm and Ammunition)

1. On or about April 11, 2011, in the Northern District of California, the defendant,

KAMAISHAY N. CARTER,
a/k/a "Maraco Askari Jones,"
a/k/a "Kamaishay Lamont Carter,"
a/k/a "Kamatshay Carter,"
a/k/a "Maraco Carter,"
a/k/a "Maraco Iscari Jones,"

having previously been convicted of a crime punishable by a term of imprisonment exceeding

one year, did knowingly possess a firearm and ammunition, described as a Colt MK IV .45 caliber semi-automatic handgun bearing serial number FA40135, five rounds of Arms Corporation of the Philippines ammunition, and two rounds of Companhia Brasileira de Cartuchos .45 automatic ammunition, all in and affecting commerce, in violation of Title 18, United States Code, Section 922(g)(1).

FORFEITURE ALLEGATION: (18 U.S.C. § 924(d)(1))

2. The allegations contained in this Indictment are realleged and incorporated herein.

3. Upon conviction for the offense alleged above, the defendant,

KAMAISHAY N. CARTER,
a/k/a "Maraco Askari Jones,"
a/k/a "Kamaishay Lamont Carter,"
a/k/a "Kamatshay Carter,"
a/k/a "Maraco Carter,"
a/k/a "Maraco Iscari Jones,"

shall forfeit to the United States any firearm or ammunition involved in, or used in, any knowing violation of said offense, including but not limited to the following property:

a. One Colt MK IV .45 caliber semi-automatic handgun bearing serial number FA40135,

b. Five rounds of Arms Corporation of the Philippines ammunition, and

c. Two rounds of Companhia Brasileira de Cartuchos .45 automatic ammunition.

All in violation of Title 18, United States Code, Section 924(d)(1).

Dated: May 19, 2011

A TRUE BILL

_____
FOREPERSON

MELINDA HAAG
United States Attorney

_____
MAUREEN BESSETTE
Chief, Oakland Branch

(Approved as to form: _____
SAUSA JENNIFER GASPAR

2