MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

JENNIFER GASPAR (CABN 266726)
Special Assistant United States Attorney
   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 637-3680
   Fax: (510) 637-3724
   E-Mail: jennifer.gaspar@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, </br>    Plaintiff, </br> v. </br>KAMAISHAY N. CARTER, </br>  a/k/a "Maraco Askari Jones," </br>  a/k/a "Kamaishay Lamont Carter," </br>  a/k/a "Kamatshay Carter," </br>  a/k/a "Maraco Carter," </br>  a/k/a "Maraco Iscari Jones," </br>    Defendant. | No. CR 11-00325 SBA </br></br> PETITION FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM |

TO:    The Honorable Laurel Beeler, United States Magistrate Judge of the United States District Court for the Northern District of California:

Special Assistant United States Attorney Jennifer Gaspar respectfully requests that this Court issue a Writ of Habeas Corpus Ad Prosequendum for the person of prisoner, KAMAISHAY N. CARTER, a/k/a "Maraco Askari Jones," a/k/a "Kamaishay Lamont Carter," a/k/a "Kamatshay Carter," a/k/a "Maraco Carter," a/k/a "Maraco Iscari Jones," (CDC No. P78986), whose place of custody and jailor are set forth in the requested Writ, attached hereto.

PETITION AND [PROPOSED] ORDER FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM
No. CR 11-00325 SBA

The prisoner is required as the defendant in the above-entitled matter in this Court, and therefore petitioner prays that this Court issue the Writ as presented.

DATED: June 27, 2011                              Respectfully submitted,

                                                  MELINDA HAAG
                                                  United States Attorney


                                                  _____/s/_____
                                                  JENNIFER GASPAR
                                                  Special Assistant United States Attorney

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>KAMAISHAY N. CARTER,<br>  a/k/a "Maraco Askari Jones,"<br>  a/k/a "Kamaishay Lamont Carter,"<br>  a/k/a "Kamatshay Carter,"<br>  a/k/a "Maraco Carter,"<br>  a/k/a "Maraco Iscari Jones,"<br><br>  Defendant. | No. CR 11-00325 SBA<br><br>[PROPOSED] ORDER GRANTING PETITION FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM |

Upon motion of the United States of America, and good cause appearing therefore,

IT IS HEREBY ORDERED that the United States' request for issuance of a Writ of Habeas Corpus Ad Prosequendum requiring the production of KAMAISHAY N. CARTER before the Hon. Laurel Beeler, United States Magistrate Judge, forthwith, is granted, and the Writ shall be issued as presented.

DATED: June 29, 2011

_____
LAUREL BEELER
United States Magistrate Judge

PETITION AND [PROPOSED] ORDER FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM
No. CR 11-00325 SBA                                1