GEOFFREY A. HANSEN
Acting Federal Public Defender
ELLEN V. LEONIDA
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500
Fax: (510) 637-3507
Email: ellen_leonida@fd.org

Counsel for Defendant
KAMAISHAY N. CARTER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 11-00325 SBA |
| Plaintiff, | **DEFENDANT'S SENTENCING MEMORANDUM** |
| v. | HON. SAUNDRA BROWN ARMSTRONG |
| KAMAISHAY N. CARTER, | Date: Feb. 1, 2012 |
| Defendant. | Time: 10:00 a.m. |

I. INTRODUCTION

Mr. Carter comes before this Court intending to plead guilty to the sole count of the indictment, being a felon in possession of a firearm in violation of 18 U.S.C. § 922(g). Mr. Carter respectfully requests that the Court sentence him to seventy-seven months imprisonment, followed by three years of supervised release, as provided in his Federal Rule of Criminal Procedure 11(c)(1)(C) plea agreement with the government. Mr. Carter, probation, and the government concur that this sentence is sufficient, but not greater than necessary, to achieve the goals of sentencing as articulated in 18 U.S.C. § 3553(a).

## II. BACKGROUND

Kamaishay Carter grew up in poverty in East Oakland, the son of Albert Jones and Georgia Collins. His father was often absent and Ms. Collins relied on government assistance to feed Mr. Carter and his siblings. They lived in a depressed neighborhood, where Mr. Carter witnessed a great deal of gang violence and drug dealing. Even as an adult, Mr. Carter continues to suffer from depression, insomnia, and anxiety. (Pre-Sentence Investigation Report ["PSR"], ¶¶ 50-52, 58)

In this case, Mr. Carter possessed a firearm. He has accepted responsibility for his conduct and entered into a timely plea agreement with the government. (PSR ¶¶ 3, 21-22)

## III. THE PROPOSED SENTENCE OF SEVENTY-SEVEN MONTHS IMPRISONMENT IS APPROPRIATE

The proposed sentence of seventy-seven months imprisonment is reasonable. In determining an appropriate sentence, the court must look to the factors set forth in 18 U.S.C. § 3553, among them the applicable sentencing guideline calculation. *United States v. Booker*, 543 U.S. 220, 245-46 (2005); *United States v. Autery*, 555 F.3d 864, 872 (9th Cir. 2009); *United States v. Carty*, 520 F.3d 984, 991 (9th Cir. 2008). The Court's paramount concern must be to "'impose a sentence sufficient, but not greater than necessary' to reflect the seriousness of the offense, promote respect for the law, and provide just punishment; to afford adequate deterrence; to protect the public; and to provide the defendant with needed educational or vocational training, medical care, or other correctional treatment." *Carty*, 520 F.3d at 991.

Application of the factors listed in Section 3553(a) to this case supports imposition of seventy-seven months imprisonment, which is the low end of the guideline range and is the sentence agreed to by the parties and recommended by probation. Mr. Carter had a difficult childhood. His father was often absent and his mother had to work hard to support her children, with government assistance. Mr. Carter grew up surrounded by poverty, drugs, and violence. Although he has suffered a number of criminal convictions, Mr. Carter has accepted responsibility for his conduct. The proposed sentence is a lengthy one and it would satisfy the goals of retribution, incapacitation,

and deterrence.

## V. CONCLUSION

Mr. Carter joins the government and probation in requesting that the Court sentence him to seventy-seven months in the custody of the Bureau of Prisons, followed by a three-year term of supervised release. Such a sentence is sufficient, but not greater than necessary to effect the goals of Section 3553(a) with respect to Mr. Carter. In light of his ties to the Bay Area, Mr. Carter further requests a recommendation for local designation.

Dated: January 25, 2012

                                                Respectfully submitted,

                                                GEOFFREY A. HANSEN
                                                Acting Federal Public Defender

                                                     /s/

                                                ELLEN V. LEONIDA
                                                Assistant Federal Public Defender