1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  MAUREEN C. ONYEAGBAKO (CABN 238419)
   Special Assistant United States Attorney
5
       1301 Clay Street, Suite 340S
6      Oakland, CA, 94612
       Telephone:  (510) 637-3680
7      Facsimile:   (510) 637-3724
       E-mail:       maureen.onyeagbako@usdoj.gov
8
   Attorneys for the United States of America
9

10                     UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                             OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 11-00325 SBA |
|     Plaintiff, | ) ) ) | STIPULATION TO EXCLUDE TIME FROM MAY 18, 2012 TO JUNE 8, 2012; ORDER |
|     v. | ) ) | Date:   June 8, 2012 |
| KAMAISHAY N. CARTER, | ) | Time:   10:00 a.m. |
|   a/k/a "Maraco Askari Jones," | ) | Court:  Hon. Saundra Brown Armstrong |
|   a/k/a "Kamaishay Lamont Carter," | ) | |
|   a/k/a "Kamatshay Carter," | ) | |
|   a/k/a "Maraco Carter," | ) | |
|   a/k/a "Maraco Iscari Jones," | ) ) | |
|     Defendant. | ) ) | |

      IT IS HEREBY STIPULATED, by and between the parties to this action, through their undersigned counsel, as follows:

      1.    The above-referenced matter was previously set on May 18, 2012 before this Court for the change of plea and sentencing of defendant Kamaishay N. Carter ("Defendant");

      2.    A copy of the proposed plea agreement containing the terms contemplated by the parties was submitted to the Court on May 1, 2012;

3. On May 14, 2012, the Court issued an order continuing the change of plea and sentencing to June 8, 2012; and

4. The parties stipulate that the ends of justice served by the Court's consideration of the plea agreement outweigh the best interest of the public and the defendant in a speedy trial. Accordingly, the parties agree that the period of time from May 18, 2012 to June 8, 2012, should be excluded in accordance with the Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(G), for the Court's further review and consideration of the proposed plea agreement.

Respectfully submitted,

Dated: May 18, 2012

/s/
MAUREEN C. ONYEAGBAKO
Special Assistant United States Attorney

Dated: May 18, 2012

/s/
HARRIS B. TABACK
Counsel for Defendant

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the time from May 18, 2012 to June 8, 2012, should be excluded in accordance with the Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(G), for further consideration by the Court of the proposed plea agreement.

IT IS SO ORDERED.

Dated: _5/22/12

HON. SAUNDRA BROWN ARMSTRONG
United States District Judge