**FILED**

Oct 21 2021

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

(HONORABLE ROBERT M. ILLMAN)

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.:  4:11CR00325-SBA-1 |
| Plaintiff, | |
| v. | [~~PROPOSED~~] ORDER TO CONTINUE STATUS HEARING |
| KAMAISHAY CARTER, | |
| Defendant. | |

IT IS HEREBY ORDERED, for the reasons set out therein, that the joint stipulation to continue the Status Hearing scheduled for October 25, 2021, to **Wednesday, November 17, 2021, at 1:00 p.m.** pursuant to Fed. R. Crim. Proc. 32.1(b)(2) is granted.

DATED: October 21, 2021

_____
HONORABLE ROBERT M. ILLMAN
United States ~~District~~ Judge
Magisrate