UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

(HONORABLE KANDIS A. WESTMORE)

| UNITED STATES OF AMERICA, | CASE NO.: 4:11CR00325-SBA-1 |
|---|---|
| Plaintiff, | |
| v. | **ORDER TO CONTINUE STATUS HEARING** |
| KAMAISHAY CARTER, | |
| Defendant. | |

IT IS HEREBY ORDERED, for the reasons set out therein, that the joint stipulation to continue the Status Hearing scheduled for February 9, 2022, to *Wednesday, March 30, 2022 at 10:00 a.m.* pursuant to Fed. R. Crim. Proc. 32.1(b)(2) is granted.

DATED: February 7, 2022

**HONORABLE KANDIS A. WESTMORE**
United States Magistrate Judge